**Order entered November 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01263-CV

### IN THE INTEREST OF O. G., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-07867**

## ORDER

We **GRANT** appellant's October 31, 2013 motion to extend time to file notice of appeal.

The notice of appeal filed August 29, 2013 is considered timely for jurisdictional purposes. We

**DENY** appellee's October 31, 2013 motion to dismiss for lack of jurisdiction as moot.


/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE